THE RAYMOND CONCRETE PILE COMPANY, a Corporation of New Jersey, *Appellant*, v. FORT LAUDERDALE BANK AND TRUST COMPANY, a Corporation of Florida, as Trustee, HAMILTON-MORANG COMPANY, a Corporation of Florida, W. F. MORANG AND SON, INC., a Corporation of Florida, and AMERICAN SURETY COMPANY OF NEW YORK, a Corporation of New York, *Appellees*.

Division B.

Decision filed August 1, 1930.

*Shutts & Bowen,* for Appellant;

*C. L. Chancey, R. R. Saunders and Stuart Mackenzie,* for Hamilton Morang Company and American Surety Company of New York, for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree. It is, therefore, considered, ordered and decreed by the Court that the said decree of the circuit court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND STRUM AND BUFORD, J. J., concur.